```
 1 │ ANDRÉ BIROTTE JR.
   │ United States Attorney                                    JS-6
 2 │ ROBERT E. DUGDALE
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │ P. GREG PARHAM
   │ California Bar No. 140310
 6 │ Assistant United States Attorney
   │ Asset Forfeiture Section
 7 │    Federal Courthouse, 14ᵗʰ Floor
   │    312 North Spring Street
 8 │    Los Angeles, California 90012
   │    Telephone:  (213) 894-6528
 9 │    Facsimile:  (213) 894-7177
   │    E-mail: Greg.Parham@usdoj.gov
10 │
   │ Attorneys for Plaintiff
11 │ United States of America
12 │
13 │                UNITED STATES DISTRICT COURT
14 │           FOR THE CENTRAL DISTRICT OF CALIFORNIA
15 │                       WESTERN DIVISION
16 │   UNITED STATES OF AMERICA,   )
   │                               )   NO.  CV 10-3302 JHN(MANx)
17 │                Plaintiff,     )
   │                               )
18 │         v.                    )
   │                               )   CONSENT JUDGMENT OF
19 │   $212,050.00 IN U.S.         )   FORFEITURE
   │   CURRENCY,                   )
20 │                               )
   │                Defendant.     )
21 │   ─────────────────────────── )
   │                               )
22 │   KHOSROW BEHBOUDI,           )
   │                               )
23 │                Claimant.      )
   │   ─────────────────────────── )
24 │
25 │
26 │
27 │
28 │
```

This action was filed on May 3, 2010.[1] Notice was given and published in accordance with law. Claimant Khosrow Behboudi ("claimant") filed a verified claim on June 23, 2010 and an answer on June 25, 2010. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and claimant, from whom the $212,050.00 in U.S. currency ("defendant currency") was seized, have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $162,050.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said

---

[1] This civil forfeiture case has been stayed since February 14, 2011, pending the resolution of a state criminal case involving claimant Khosrow Behboudi (People v. Khosrow Behboudi, Los Angeles Superior Court case no. LA 064070-01).

2

assets in accordance with law.

4. $50,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant not later than sixty (60) days from the date of the entry of this judgment by electronic transfer directly into a financial institution account designated by claimant's counsel.  Claimant's counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment.  Claimant shall provide any and all information needed to process the return of these funds according to federal law.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///

///

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: October 18, 2011

_____
THE HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: October 17, 2011    ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section

                             /s/ P. Greg Parham
                           P. GREG PARHAM
                           Assistant United States Attorney
                           Asset Forfeiture Section

                           Attorneys for Plaintiff
                           United States of America

Dated: October 12, 2011

                                   /s/
                           GERSON S. HORN
                           Attorney for Claimant
                           KHOSROW BEHBOUDI